IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THERON SAPP,

        Petitioner,

v.                            CASE NO.  4:12-cv-361-MW/CAS

MICHAEL D. CREWS, Secretary,
Florida Department of Corrections,

        Respondent.

_____/

ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation,

ECF No.32, filed February 19, 2014.    Upon consideration, no objections having

been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's

opinion.

The Clerk shall enter judgment stating, "Respondent's motion to dismiss,

ECF No. 30, is **GRANTED**.  Petitioner's §2254 petition for writ of habeas corpus,

ECF No. 1, is **DISMISSED as untimely**.  A certificate of appealability is

**DENIED** and leave to appeal *in forma pauperis* is **DENIED**."  The Clerk shall

close the file.

      **SO ORDERED on March 20, 2014.**

                                        **s/Mark E. Walker**
                                        **United States District Judge**